# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA AS TRUSTEE FOR THORNBURG MORTGAGE SECURITIES TRUST 2007-3<br><br>            Plaintiff,<br><br>vs.<br><br>JANET FULADIAN, AND ERIC ROTELLI, AS TRUSTEE OF WINDSOR PROPERTY TRUST, A CALIFORNIA TRUST<br><br>           Defendants. | Case No. CV 12-10493 DSF (VBKx)<br><br>**PARTIAL JUDGMENT (Fed. R. Civ. P. 54(b))** |

By Order dated May 6, 2013, this Court granted the Motion to Expunge Lis Pendens and for Fees and Costs of defendant Eric Rotelli, as trustee of Windsor Property Trust. (DK Entry No. 36.) As the Court finds that there is no just reason for delay of entry of partial judgment, IT IS ORDERED, ADJUDGED AND DECREED as follows:

Judgment is awarded in favor of defendant, Eric Rotelli, as trustee for Windsor Property Trust ("Rotelli"), and against plaintiff, Bank of America, as trustee for Thornburg Mortgage Securities Trust 2007-3. Plaintiff shall take nothing by its complaint from Rotelli, and the lis pendens filed by Plaintiff in the above-mentioned action concerning 201 Ocean Avenue, Unit 1509-P, Santa Monica, CA 90402, is expunged. Plaintiff shall remove any liens or encumbrances on the above-entitled unit, and Rotelli, is awarded costs and fees from Plaintiff in the amount of $10,175.00.

Jurisdiction over this action is hereby retained for the purpose of making any further orders as may be necessary to carry into effect this Judgment.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: 8/12/13

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE