UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 12-10493 DSF (VBKx) | Date | 8/5/14 |
| Title | Bank of America, etc. v. Janet Fuladian, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Standing

The Court has become aware of a related case, CV 14-6017 RGK (VBKx) where the trustee of the Thornburg Mortgage Securities Trust 2007-3 is identified as U.S. Bank, N.A., as successor trustee to Bank of America. In light of this, Plaintiff is ordered to show cause, in writing, no later than August 12, 2014 why it has standing to prosecute this action.

IT IS SO ORDERED.