JS 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Bank N.A. as Successor Trustee for Bank of America as Trustee for Thornburg Mortgage Securities Trust 2007-3, | Case No.: 2:12-cv-10493-DSF (Ex) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| JANET FULADIAN; and ERIC ROTELLI, AS TRUSTEE OF WINDSOR PROPERTY TRUST, a California trust, | |
| Defendants. | |

Pursuant to the Findings of Fact and Conclusions of Law entered by this Court on March 14, 2016, and the Stipulation Re: Amount of Judgment filed by the parties in compliance with same,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff U.S. Bank N.A. as Successor Trustee for Bank of America as Trustee for Thornburg Mortgage Securities Trust 2007-3, and against Defendant Janet Fuladian, in the amount of $2,065,077.00.

7/19/16

Dated: _____     _____

United States District Court Judge